| AO-10 (WP) Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) Martin, Jr., Boyce F. | 2. Court or Organization Sixth Circuit, USCA | 3. Date of Report May 9, 2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States Circuit Judge | 5a. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial    X Annual    ___ Final  5b. ___ Amended Report | 6. Reporting Period 01/01/2005 - 12/31/2005 |
| 7. Chambers or Office Address 209 United States Courthouse 601 W. Broadway Louisville, KY 40202-2227 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| Trustee | Hanover College, Hanover, Indiana |
| | |
| | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| X NONE (No reportable agreements.) | |
| | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| **A. Filer's Non-Investment Income** | | |
| X NONE (No reportable non-investment income.) | | |
| | | $ |
| | | $ |
| | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | |
|---|---|
| X NONE (No reportable non-investment income.) | |
| | |
| | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Martin, Jr., Boyce F. | May 9, 2006 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

SOURCE                                DESCRIPTION

[X] **NONE** (No such reportable reimbursements.)

1
2
3
4
5
6
7

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

SOURCE             DESCRIPTION             VALUE

[X] **NONE** (No such reportable gifts.)

1                                                        $
2                                                        $
3                                                        $
4                                                        $

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

CREDITOR                DESCRIPTION             VALUE CODE*

[X] **NONE** (No reportable liabilities.)

1
2
3
4
5

*Value Codes:      J=$15,000 or less      K=$15,001-$50,000      L=$50,001-$100,000      M=$100,001-$250,000
     N=$250,001-$500,000      O=$500,001-$1,000,000      P1=$1,000,001-$5,000,000
     P2=$5,000,001-$25,000,000      P3=$25,000,001-50,000,000      P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 IRA – Kobren Growth Fund | D | Div | N | T | | | | | |
| 2 Kentucky Tax Free Income Fund (Dupree) | C | Div | M | T | | | | | |
| 3 Sachs Company Fund | E | Div | P1 | T | | | | | |
| 4 CGM Realty Fund | D | Div | N | T | | | | | |
| 5 IRA – T. Rowe Price Mid Cap Fund (Ky. Deferred | C | Div | N | T | | | | | |
| 6 Income Merrill Lynch – Harvey | C | Div | P1 | T | | | | | |
| 7 Fund Northeast Investors | B | Div | K | T | | | | | |
| 8 Trust Fund Vanguard Asset Allocation | B | Div | K | T | Buy | 7/15 | K | T | |
| 9 Fund Kobren Growth Fund | B | Div | M | T | Distribution from IRA with same mutual | | | | |
| 10 | | | | | fund on line 1 above | 10/23 | M | T | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____          Date ___May 9, 2006_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544